# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOP TOBACCO, L.P. <br> and <br> REPUBLIC TOBACCO, L.P., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> GOOD TIMES USA, LLC. <br><br> Defendant/Counter-Plaintiff. | Case No. 14-cv-08978 <br><br> Judge Robert M. Dow, Jr. |

## MOTION TO STRIKE COUNTERCLAIM AND AFFIRMATIVE DEFENSES

Pursuant to Federal Rule of Civil Procedure 12(f), Plaintiffs/Counter-Defendants Top Tobacco, L.P. and Republic Tobacco L.P. ("Top Tobacco") hereby move this Court for an order striking Defendant/Counter-Plaintiff's Counterclaim I and its seven Affirmative Defenses.

As set forth more fully in the Memorandum of Law filed herewith, Counterclaim I seeks a declaration of non-infringement and is wholly duplicative of Top Tobacco's Complaint, which states a claim for trademark infringement. It will be resolved in its entirety when the Court rules on the merits of Top Tobacco's Complaint. Moreover, each of Counter-Plaintiff's seven Affirmative Defenses is fatally deficient. Counter-Plaintiff's affirmative defenses of laches, estoppel and acquiescence cannot stand as a matter of law because Top Tobacco has not (and is not alleged to have) unreasonably and inexcusably delayed in bringing this action. Counter-Plaintiff's affirmatives defenses of no likelihood of confusion and innocent, good faith conduct are redundant of its denial of Top Tobacco's Complaint allegations and are not recognized affirmative defenses. Finally, all of the affirmative defenses, including claims of waiver and

unclean hands, are mere boilerplate, conclusory statements, unsupported by any specific fact. Thus, they fail to meet the pleading requirements of *Iqbal* and *Twombly*.

Unless stricken, each of these pleadings will clutter the case with impertinent allegations and require unnecessary discovery and motion practice. Granting the present motion will, therefore, serve the interests of the parties and the Court by removing irrelevant and unnecessary issues from the proceeding and allow this case to move forward in an efficient and focused manner.

WHEREFORE, Top Tobacco, L.P. and Republic Tobacco L.P. respectfully request that the Court:

(1) enter an Order granting its Motion and striking each of Counter-Plaintiff's Affirmative Defenses and striking Counter-Plaintiff's First Counterclaim;

(2) grant Top Tobacco, L.P. and Republic Tobacco L.P. any such additional and further relief that the Court deems proper.

Dated: January 30, 2015                    Respectfully Submitted,

                                           By:      s/Antony J. McShane/
                                                One of the Attorneys for Plaintiffs/Counter-
                                                Defendants,
                                                Top Tobacco, L.P. and
                                                Republic Tobacco, L.P.

Antony J. McShane (ARDC# 6190332)
Andrea S. Fuelleman (ARDC# 6309043)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, Illinois 60602
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

# CERTIFICATE OF SERVICE

   I hereby certify that I served a copy of the foregoing Motion to Strike Affirmative Defenses and Counterclaim upon Defendant/Counter-Plaintiff's counsel of record listed below by electronic means pursuant to the Court's Electronic Case Filing (ECF) system:

     Howard S. Michael
     Nicholas De La Torre
     Michael R. Friedman
     BRINKS GILSON & LIONE
     NBC Tower, Suite 3600
     455 N. Cityfront Plaza Drive
     Chicago, Illinois 60611-5599


Date: January 30, 2015         /Andrea S. Fuelleman/

                    One of the Attorneys for /Counter-Defendants,
                    Top Tobacco, L.P. and
                    Republic Tobacco, L.P.


016471.7001:20803275.1